# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JASON E. BOWIE, ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   08-428-P-S |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 7) filed May 7, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (Docket No. 4) is **DENIED**.

       /s/ George Z. Singal
      United States District Judge

Dated this 29th day of May, 2009.